IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,**<br><br>    Plaintiff,<br><br>v.<br><br>**BIBB COUNTY SCHOOL DISTRICT,**<br><br>    Defendant. | Civil Action No. 5:12-CV-468-MTT |

## JOINT REPORT ON STATUS OF DISCOVERY

COME NOW Plaintiffs and Defendant, by and through counsel, and, pursuant to this Court's June 6, 2013 Discovery Order Memorandum, file this their Joint Report on Status of Discovery as follows:

Both parties have filed their Initial Disclosures.

Defendant's First Interrogatories to Plaintiffs were served on April 26, 2013, responses to which are due on June 19, 2013 by agreement of the parties.  Plaintiffs' First Interrogatories to Defendant were served on May 16, 2013, responses to which are due on July 2, 2013 by agreement of the Parties.  Plaintiffs' First Request for Production of Documents was served on May 24, 2013, responses to which are due on July 10, 2013 by agreement of the parties. Defendant's First Request for Production of Documents was served on June 17, 2013, responses to which will be due on July 22, 2013. Defendant will produce documents set forth in Plaintiffs' Open Records Act request not later than June 25, 2013.

The parties anticipate that depositions will be scheduled beginning in mid-August, which is the time that teachers and other 180-day contract employees return to work in the District.

**Jerry A. Lumley, LLC**

*/s/Jerry A. Lumley*
Jerry A. Lumley
Georgia Bar No. 460866
*Attorney for Plaintiff*

Post Office Box 27717
Macon, GA 31221
T: (478) 471-1776
F: (478) 757-0675
E: jerrylumley@att.net

**Adams, Hemingway & Wilson, LLP**

*/s/ F. Bradford Wilson, Jr.*
F. Bradford Wilson, Jr.
Georgia State Bar No. 767975
*Attorney for Plaintiff*

Post Office Box 1956
Macon, Georgia 31202-1956
Telephone: (478) 743-4601
Facsimile: (478) 746-8215
Email: brad.wilson@ahwllp.com

*/s/ Harold S. Lewis, Jr.*
Harold S. Lewis, Jr.
Georgia Bar No.: 001980
*Attorney for Plaintiffs*

130 A Laurens Street, NW
Aiken, South Carolina 29801
828.200.9026
hslewisjr@gmail.com

**HALL BOOTH SMITH, P.C.**

*/s/ Malcolm C. McArthur*
Malcolm C. McArthur
Georgia Bar No. 480750

Athens:
440 College Avenue North
Suite 120
Athens, GA  30601-2773
706.316.0231
mmcarthur@hallboothsmith.com

*/s/ Russell Britt*
Russell Britt
Georgia Bar No.: 473664
*Attorneys for Defendant*

Atlanta:
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303-1775
404.954.5000
rbritt@hallboothsmith.com