IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,**<br><br>     Plaintiff,<br><br>v.<br><br>**BIBB COUNTY SCHOOL DISTRICT,**<br><br>     Defendant. | Civil Action No. 5:12-CV-468-MTT |

### STIPULATION REGARDING DISCLOSURE OF EXPERT TESTIMONY

COMES NOW Plaintiff Jane Doe I, Individually and as Parent, Natural Guardian and Next Friend of Jane Doe II, a Minor, and Defendant Bibb County School District, pursuant to Fed. R. Civ. P. 26(a)(2) stipulate to the following:

1.

Plaintiff shall have until September 24, 2013 to provide Defendant with a written report that contains the information set forth in Fed. R. Civ. P. 26(b)(2)(B) with respect to any witness retained or special employed by Plaintiff to provide expert testimony in the case.

2.

Defendant shall have until October 24, 2013 to provide Defendant with a written report that contains the information set forth in Fed. R. Civ. P. 26(b)(2)(B) with respect to any witness retained or special employed by Defendant to provide expert testimony in the case and with respect to any witness whose duties as the Defendant's employee regularly involve giving expert testimony.

SO STIPULATED, THIS 31ST DAY OF JULY, 2013.

| | |
|---|---|
| /s/Jerry A. Lumley | /s/Malcolm C. McArthur |
| Attorney for Plaintiff | Attorney for Defendant |
| Georgia Bar No. 460866 | Georgia Bar No. 480750 |
| Jerry A. Lumley, LLC | Hall Booth Smith, P.C. |
| Post Office Box 27717 | 440 College Avenue North |
| Macon, GA 31221 | Suite 120 |
| T:  (478) 471-1776 | Athens, GA 30601-2773 |
| F:  (478) 757-0675 | T:  (706) 316-0231 |
| E:  jerrylumley@att.net | F:  (706) 316-0111 |
| | E:  mmcarthur@hallboothsmith.com |

## CERTIFICATE OF SERVICE

I hereby certify that I served all parties in this action with the foregoing **Stipulation Regarding Expert Testimony** by using the Court's electronic transmission facilities.

Date:  July 31, 2013.

/s/Jerry A. Lumley