IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,<br><br>    Plaintiff,<br><br>v.<br><br>BIBB COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | Civil Action No. 5:12-CV-468-MTT |

### STIPULATION REGARDING DISCLOSURE OF EXPERT TESTIMONY

COMES NOW Plaintiff Jane Doe I, Individually and as Parent, Natural Guardian and Next Friend of Jane Doe II, a Minor, and Defendant Bibb County School District, pursuant to Fed. R. Civ. P. 26(a)(2) stipulate to the following:

1.

Defendants shall have until October 24, 2013 to supplement their expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(A); provided, however, such supplemental disclosure must be accompanied by a written report that contains the information set forth in Fed. R. Civ. P. 26(b)(2)(B) with respect to any witness retained or specially employed to provide expert testimony in the case and with respect to any witness whose duties as the Defendant's employee regularly involve giving expert testimony.

SO STIPULATED THIS 30th  DAY OF AUGUST, 2013.

                                                    **Jerry A. Lumley, LLC**

                                                    */s/ Jerry A. Lumley*
                                                    Jerry A. Lumley
                                                    Georgia Bar No.: 460866
                                                    *Attorney for Plaintiffs*

Post Office Box 27717
Macon, Georgia 31221
Phone: 478-471-1776
Fax: 478-757-0675
Email: jerrylumley@att.net

**HALL BOOTH SMITH, P.C.**

*/s/ Malcolm C. McArthur*
Malcolm C. McArthur
Georgia Bar No.: 480750


*/s/ Andrea L. Jolliffe*
Andrea L. Jolliffe
Georgia Bar No.: 176556
*Attorneys for Defendant*

440 College Avenue, North
Suite 120
Athens, Georgia 30601
Phone: 706.316.0231
Fax: 706.316.0111
Email:  mmcarthur@hallboothsmith.com
         andreajolliffe@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,**<br><br>    Plaintiff,<br><br>v.<br><br>**BIBB COUNTY SCHOOL DISTRICT,**<br><br>    Defendant. | Civil Action No. 5:12-CV-468-MTT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2013, I electronically filed the foregoing **Stipulation Regarding Disclosure of Expert Testimony** with the Clerk of the Court using the CM\ECF system which will send e-mail notification of such filing to the following:

| | |
|---|---|
| F. Bradford Wilson, Jr.<br>Adams, Hemingway & Wilson, LLP<br>Post Office Box 1956<br>Macon, Georgia 31202-1956 | Jerry A. Lumley<br>Post Office Box 27717<br>Macon, Georgia 31221 |

Harold S. Lewis
130 A Laurens Street, NW
Aiken, South Carolina 29801

                                HALL BOOTH SMITH, P.C.

                                */s/ Malcolm C. McArthur*
                                Malcolm C. McArthur
                                Georgia Bar No.: 480750

440 College Avenue, North
Suite 120
Athens, Georgia 30601
Phone: 706-316-0231
Fax: 706-316-0111
Email: mmcarthur@hallboothsmith.com

51245596-1