**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,**<br><br>     Plaintiffs,<br>v.<br><br>**BIBB COUNTY SCHOOL DISTRICT,**<br><br>     Defendant. | CIVIL ACTION FILE<br>NO. 5:12-CV-468-MTT |

**DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT, OR IN THE ALTERNATIVE, TO AMEND THE SCHEDULING AND DISCOVERY ORDER**

COMES NOW the Bibb County School District, Defendant in the above-styled civil action, and files this **Defendant's Motion to Exclude Plaintiffs' Expert, or in the Alternative, to Amend the Scheduling and Discovery Order**, requesting that this Court impose on Plaintiffs the following sanctions: (1) the exclusion of any trial testimony—live or otherwise—by Dr. Patti Van Eys; (2) the prohibition of any amended pleadings in support of any claims related to Jane Doe I's emotional damages, as well as the exclusion of any evidence of such damages; (3) an award of reasonable attorneys' fees and reimbursement of any litigation

expenses incurred in connection with this Motion; and (4) in the alternative, an amended Scheduling and Discovery Order extending the deposition timeline, as well as any other relief deemed appropriate by this Court.

In support of this Motion, Defendant files, separately, its Brief in Support of Defendant's Motion to Exclude Plaintiffs' Expert, or in the Alternative, to Amend the Scheduling and Discovery Order.  Defendant further certifies that it conferred in good faith with opposing counsel prior to filing this Motion and its supporting Brief.

Respectfully submitted this 2nd day of October, 2013

**HALL BOOTH SMITH, P.C.**

*/s/ Kevin D. Abernethy*
KEVIN D. ABERNETHY
Georgia Bar No. 142310

*/s/ Russell A. Britt*
RUSSELL A. BRITT
Georgia Bar No. 473664

191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
E-Mail:  kabernehty@hallboothsmith.com
E-Mail:  rbritt@hallboothsmith.com

                                             **HALL BOOTH SMITH, P.C.**

                                             */s/ Andrea L. Jolliffe*
                                             ANDREA L. JOLLIFFE
                                             Georgia Bar No. 176556

440 College Avenue North
Suite 120
Athens, GA 30601
Tel: 706-316-0231
Fax: 706-316-0111
E-Mail: ajolliffe@hallboothsmith.com

                                             *Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,**<br><br>       Plaintiffs,<br>v.<br><br>**BIBB COUNTY SCHOOL DISTRICT,**<br><br>       Defendant. | CIVIL ACTION FILE<br>NO. 5:12-CV-468-MTT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2013, I electronically filed the foregoing **Defendant's Motion to Exclude Plaintiffs' Expert, or in the Alternative, to Amend the Scheduling and Discovery Order** with the Clerk of the Court using the CM\ECF system which will send e-mail notification of such filing to the following:

F. Bradford Wilson, Jr.
Adams, Hemingway & Wilson, LLP
Post Office Box 1956
Macon, Georgia 31202-1956

| | |
|---|---|
| Harold S. Lewis<br>130 A Laurens Street, NW<br>Aiken, SC 29801 | Jerry A. Lumley<br>Post Office Box 27717<br>Macon, Georgia 31221 |

1

Respectfully submitted this 2nd day of October, 2013

**HALL BOOTH SMITH, P.C.**

*/s/ Kevin D. Abernethy*
KEVIN D. ABERNETHY
Georgia Bar No. 142310

*/s/ Russell A. Britt*
RUSSELL A. BRITT
Georgia Bar No. 473664

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
E-Mail:  kabernehty@hallboothsmith.com
E-Mail:  rbritt@hallboothsmith.com

**HALL BOOTH SMITH, P.C.**

*/s/ Andrea L. Jolliffe*
ANDREA L. JOLLIFFE
Georgia Bar No. 176556

440 College Avenue North
Suite 120
Athens, GA 30601
Tel:  706-316-0231
Fax:  706-316-0111
E-Mail:  ajolliffe@hallboothsmith.com

*Counsel for Defendant*