IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JANE DOE I, Individually and as Next
Friend of JANE DOE II, a Minor,

Plaintiffs,

v.

BIBB COUNTY SCHOOL DISTRICT,

Defendant.

CIVIL ACTION No.:
5:12-CV-468

MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT

COME NOW Plaintiffs, and move the Court, pursuant to Federal Rule of Civil Procedure 15(a)(2),  for leave to file a Second Amended Complaint. The proposed amended pleading is attached as Exhibit B to the affidavit of F. Bradford Wilson, Jr. submitted in support of this motion.  Plaintiffs' Brief In Support of Motion for Leave to Amend is also submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to file and serve the proposed Second Amended Complaint.

Submitted this 4th day of November, 2013.

/s/ F. Bradford Wilson, Jr.
GA State Bar No: 767975
Adams, Hemingway & Wilson, LLP
P.O. Box 1956
Macon, GA  31202-1956
Telephone: (478) 743-4601 Ext. 2

1

/s/ Jarome E. Gautreaux
GA State Bar No: 297336
Gautreaux & Adams, LLC
502 Mulberry Street
Macon, GA 31201
Telephone: (478) 254-4759


/s/Harold S. Lewis, Jr.
GA State Bar No: 001980
130A Laurens Street, NW
Aiken, SC 29801
Telephone (828) 200-9026

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2013, I have filed a true and correct copy of the foregoing Motion for Leave to Amend First Amended Complaint electronically with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Malcolm C. McArthur
440 College Avenue North
Suite 120
Athens, GA  30601-2773

Kevin D. Abernethy
191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303-1775

Andrea L. Jolliffe
440 College Avenue North
Suite 120
Athens, GA  30601-2773

Russell Britt
191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303-1775

/s/ F. Bradford Wilson, Jr.
Georgia State Bar No. 767975
Adams, Hemingway & Wilson, LLP
Post Office Box 1956
Macon, Georgia 31202-1956
Telephone:  (478) 743-4601
Facsimile:  (478) 746-8215
Email:  brad.wilson@ahwllp.com

3