# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,** | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 5:12-CV-468-MTT |
| **BIBB COUNTY SCHOOL DISTRICT,** | |
| Defendant. | |

## STIPULATION REGARDING DISCLOSURE OF EXPERT TESTIMONY

COMES NOW Plaintiff Jane Doe I, Individually and as Parent and Natural Guardian and Next Friend of Jane Doe II, a Minor, and Defendant Bibb County School District, pursuant to Fed. R. Civ. P. 26(a)(2) jointly stipulate to the following:

1.

The time for Defendant's expert, Gregory A. Thomas, to produce his expert report will be extended through and including November 15, 2013.

Respectfully submitted this 7th day of November, 2013

*(Signatures on following page.)*

|  |  |
|---|---|
|  | **ADAMS HEMINGWAY & WILSON LLP** |
|  | */s/ F. Bradford Wilson, Jr.* <br> F. BRADFORD WILSON, JR. <br> Georgia Bar No. 767975 |
| Post Office Box 1956 <br> Macon, GA 31202-1956 <br> Tel:  478-743-4601 <br> Fax:  478-746-8215 <br> E-Mail:  brad.wilson@ahwllp.com |  |
|  | **GAUTREAUX & ADAMS, LLC** |
|  | */s/ Jarome E. Gautreaux* <br> Jarome E. Gautreaux <br> GA Bar No. 297336 |
| 502 Mulberry Street <br> Macon, Georgia 31201 <br> Tel: 478-254-4759 <br> Fax: 478-254-4876 <br> E-mail: jarome@thegalawfirm.com |  |
|  | */s/Harold S. Lewis, Jr.* <br> Harold S. Lewis, Jr. <br> GA State Bar No: 001980 |
| 130A Laurens Street, NW <br> Aiken, SC 29801 <br> Tel: 828-200-9026 | *Counsel for Plaintiffs* |

                                            **HALL BOOTH SMITH, P.C.**

                                            */s/ Andrea L. Jolliffe*
                                            ANDREA L. JOLLIFFE
                                            Georgia Bar No. 176556

Athens:
440 College Avenue North
Suite 120
Athens, GA  30601-2773
Tel: 706-316-0231
Fax: 706-316-0111
andrea@hallboothsmith.com

                                            */s/ Kevin D. Abernethy*
                                            KEVIN D. ABERNETHY
                                            Georgia Bar No. 142310

                                            */s/ Russell Britt*
                                            RUSSELL BRITT
                                            Georgia Bar No. 473664

                                            *Counsel for Defendant*

Atlanta:
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
Email:  kabernehty@hallboothsmith.com
        rbritt@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,**<br><br>    Plaintiff,<br>v.<br><br>**BIBB COUNTY SCHOOL DISTRICT,**<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 5:12-CV-468-MTT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2013, I electronically filed the foregoing **Joint Motion to Stay Discovery** with the Clerk of the Court using the CM\ECF system which will send e-mail notification of such filing to the following:

F. Bradford Wilson, Jr.
Adams, Hemingway & Wilson, LLP
Post Office Box 1956
Macon, Georgia 31202-1956

Harold S. Lewis
130 A Laurens Street, NW
Aiken, SC 29801

Jarome E. Gautreaux
502 Mulberry Street
Macon, Georgia 31201

Respectfully submitted this 7th day of November, 2013

**HALL BOOTH SMITH, P.C.**

*/s/ Kevin D. Abernethy*
KEVIN D. ABERNETHY
Georgia Bar No. 142310

*Counsel for Defendant*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
Tel:  404-954-5000
Fax:  404-954-5020
E-Mail:  kabernehty@hallboothsmith.com

51347220-1

2