# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,<br><br>    Plaintiff,<br>v.<br><br>BIBB COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 5:12-CV-468-MTT |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW, **BIBB COUNTY SCHOOL DISTRICT**, Defendant in the above-styled action and, by and through counsel, and files this its Motion to Dismiss Count II of Plaintiff's First Amended Complaint, or Plaintiffs' proposed Second Amended Complaint should the Court grant Plaintiffs' pending Motion for Leave to Amend First Amended Complaint, for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion to Dismiss, Defendant relies upon the following:

    1.    Defendant's Brief in Support of Its Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests this Honorable Court GRANT its Motion to Dismiss.

Respectfully submitted this 8th day of November, 2013.

**HALL BOOTH SMITH, PC**

/s/ *Andrea L. Jolliffe*
ANDREA L. JOLLIFFE
Georgia Bar No. 176556

Athens:
440 College Avenue North
Suite 120
Athens, GA  30601-2773
Tel:  706-316-0231
E-Mail:  andrea@hallboothsmith.com

/s/ *Kevin D. Abernethy*
KEVIN D. ABERNETHY
Georgia Bar No. 142310

/s/ *Russell Britt*
RUSSELL BRITT
Georgia Bar No. 473664

Atlanta:
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
E-Mail:  kabernethy@hallboothsmith.com
E-Mail:  rbritt@hallboothsmith.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JANE DOE I, Individually and as Parent, Natural Guardian and Next Friend of JANE DOE II, a Minor,<br><br>    Plaintiffs,<br><br>v.<br><br>BIBB COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 5:12-CV-468-MTT |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November, 2013, I electronically filed the foregoing **Defendant's Motion to Dismiss** with the Clerk of the Court using the CM\ECF system which will send e-mail notification of such filing to the following:

F. Bradford Wilson, Jr., Esq.
Adams, Hemingway & Wilson, LLP
P. O. Box 1956
Macon, GA 31202-1956

Harold S. Lewis, Esq.
130 A Laurens Street, NW
Aiken, SC 29801

Jarome E. Gautreaux, Esq.
Gautreaux & Adams, LLC
502 Mulberry Street
Macon, GA 31201

Respectfully submitted this 8th day of November, 2013.

**HALL BOOTH SMITH, PC**

*/s/ Andrea L. Jolliffe*
ANDREA L. JOLLIFFE
Georgia Bar No. 176556

Athens:
440 College Avenue North
Suite 120
Athens, GA  30601-2773
Tel:  706-316-0231
E-Mail:  andrea@hallboothsmith.com

*/s/ Kevin D. Abernethy*
KEVIN D. ABERNETHY
Georgia Bar No. 142310

*/s/ Russell Britt*
RUSSELL BRITT
Georgia Bar No. 473664

Atlanta:
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303-1775
Tel:  404-954-5000
E-Mail:  kabernethy@hallboothsmith.com
E-Mail:  rbritt@hallboothsmith.com

*Attorneys for Defendant*

51347972-1
2543-0052

2