UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 1/30/2014 | Type of Hearing: | Telephone Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Digitally Recorded |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Ava Conger |

**Case Number:  5:12-CV-468(MTT)**

| | | |
|---|---|---|
| Jane Doe I, *et al.* | Counsel: | Jarome Gautreaux<br>Harold Lewis |
| v. | | |
| Bibb County School District | Counsel: | Kevin Abernethy<br>Jeff Daniel<br>Andrea Jolliffe |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  34 minutes**

| | |
|---|---|
| 4:30 p.m. | Discussion of competency and evaluation of Jane Doe 2.  No discussion of mother's standing today.  Defense counsel to disclose to Plaintiff's counsel what the scope of the evaluation is going to be early next week.  Evaluation to be videotaped; if doctor has a problem with videotaping evaluation, may need another expert. |
| 5:04 p.m. | Matter concluded. |